-O-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PIERRE COE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CDCR PAROLE AGENT RESKO, et al.,<br><br>　　　　　Defendants. | Case No. CV 11-10022-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1         IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is
2  granted, and Judgment will be entered dismissing the Second Amended Complaint
3  and this action with prejudice.

DATED:   January 22, 2013_     _____
                               HONORABLE VIRGINIA A. PHILLIPS
                               UNITED STATES DISTRICT JUDGE